UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Toni Labelle Brown**                                   Docket No. 5:24-CR-214-1M

### Petition for Action on Probation

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Toni Labelle Brown, who, upon an earlier plea of guilty to Making and Subscribing a False Tax Return, in violation of 26 U.S.C. § 7206(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on February 5, 2025, to 60 months of probation under the conditions adopted by the court.

On March 4, 2025, the Judgment was amended.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 5, 2025, as part of her sentencing, the defendant was ordered to complete 300 consecutive days of home detention under the Location Monitoring Program. Since the commencement of her supervision, the defendant has remained fully compliant with all conditions.

She has attended a psychological evaluation, which concluded that no treatment was necessary. Additionally, she has successfully completed her required 80 hours of community service and has begun making consistent monthly payments toward her court-ordered restitution.

The defendant is currently employed in two positions within the medical field, providing home health aide services. Due to the nature of her work, her schedule is often subject to last-minute changes, which presents challenges in maintaining strict adherence to the home detention requirements.

In light of her overall compliance, fulfillment of court-ordered obligations, and her demanding and unpredictable work schedule, this officer respectfully recommends that the court terminate the condition of home detention with electronic monitoring.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The previously ordered home detention with electronic monitoring, for a period of 300 consecutive days be stricken from the conditions of probation.

Except as herein modified, the judgment shall remain in full force and effect.

Toni Labelle Brown
Docket No. 5:24-CR-214-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: September 5, 2025

### ORDER OF THE COURT

Considered and ordered this 5Th day of September, 2025, and ordered filed and made a part of the records in the above case.

/s/ Richard E. Myers II
Richard E. Myers II
Chief United States District Judge